# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

NORVAL LEE JACKSON,

                Plaintiff,

   v.

KING COUNTY CORRECTIONAL FACILITY, et al.,

                Defendants.

CASE NO. 2:23-CV-1635-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is dismissed without prejudice for failure to prosecute and failure to state a claim upon which relief can be granted. This dismissal constitutes a "strike" under 42 U.S.C. § 1915(g).

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 19th day of September, 2024.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge